THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Nelson Poston, Appellant,
 v.
 Michael W.
 Davis, Respondent.
 
 
 

Appeal From Beaufort County
Marvin H. Dukes, III, Master-in-Equity
Unpublished Opinion No.  2009-UP-154
Submitted March 2, 2009  Filed March 30,
 2009
AFFIRMED

 
 
 
 Stephen F. DeAntonio, of Charleston, for Appellant.
 Davis H. Smith,
 II, of Rincon, Georgia, for Respondent.
 
 
 

PER CURIAM:  Nelson Poston appeals the trial courts
 denial of his motion to dismiss/motion for summary judgment. Poston argues he
 was not required to respond to Michael Daviss complaint because it was not
 properly commenced within the three-year statute of limitations.  We affirm pursuant to Rule 220(b)(1),
 SCACR, and the following authority:  Unisun
 Ins. v. Hawkins, 342 S.C. 537, 541-43, 537 S.E.2d 559, 561-62 (Ct. App. 
2000) (holding the defenses of insufficiency of service of process and statute 
of limitations are affirmative defenses which are waived if not properly plead 
in the responsive pleading).

AFFIRMED.[1]
HEARN, C.J., PIEPER and LOCKEMY, concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.